JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN BANKS,<br><br>                    Petitioner,<br><br>         v.<br><br>G.D. LEWIS, Warden,<br><br>                    Respondent. | Case No. LA CV 12-05665-JAK (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 27, 2016

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDG

-1-